FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2006 DEC 13 PM 4:54

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM IREY

CASE NO. 6:06-cr-237-ORL-31-DAB
18 U.S.C. § 2251(c)
18 U.S.C. § 2253-Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about January 2006, and continuing until in or about August 2006, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**WILLIAM IREY**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce minors to engage in sexually explicit conduct outside the United States, for the purpose of producing visual depictions of such conduct, and transporting such visual depictions to the United States by any means, including by computer and mail.

All in violation of Title 18, United States Code, Section 2251(c).

### FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, WILLIAM IREY, shall forfeit to the United States of America, any visual depiction described in section 2251(c) of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Cynthia A. Hawkins
Assistant United States Attorney

By: _____
Carolyn J. Adams
Assistant United States Attorney
Chief, Orlando Division