**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.   No. 6:06-cr-237-Orl-31DAB
       **(Forfeiture)**

**WILLIAM IREY**

## BILL OF PARTICULARS

The United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Rule 7(c)(2) of the Federal Rules of Criminal Procedure, now particularly alleges that the following properties are subject to forfeiture on the basis of the allegations in Count **One** of the Indictment filed in the above-styled criminal case:

Description of Property

9210 Charles E. Limpus Road, Orlando, Florida 32836

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:   s/Daniel W. Eckhart
       Daniel W. Eckhart
       Assistant United States Attorney
       Florida Bar No. 0488674
       501 West Church Street, Suite 300
       Orlando, Florida 32805
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-Mail:   Dan.Eckhart@usdoj.gov