**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

      v.                              Case No. 6:06-cr-237-Orl-31DAB
                                                (Forfeiture)

**WILLIAM IREY**

**RECORD OWNERS: WILLIAM G. IREY AND CANDY M. IREY, HUSBAND AND WIFE**

### GOVERNMENT'S NOTICE OF LIS PENDENS

TO WILLIAM G. IREY AND CANDY M. IREY AND ALL OTHERS WHOM IT MAY CONCERN:

PURSUANT TO FLORIDA STATUTES ANNOTATED §48.23 (West 1993) and 28 U.S.C. § 1964, notice is hereby given that the above-referenced action has been commenced and is now pending in the United States District Court for the Middle District of Florida, Orlando Division.

THE ABOVE-STYLED CRIMINAL ACTION was initiated by an indictment returned by a federal grand jury at Orlando, Florida. Pursuant to the charges in said indictment, the United States has a basis for forfeiture of the following real property pursuant to Title 18 of the United States Code:

<u>Address</u>:    9210 Charles E. Limpus Road, Orlando, Florida 32836

<u>Legal</u>:    The West 215 feet of the East 260 feet of the North ½ of Lot 69, less the South 45 feet thereof; also: the West 15 feet of the East 60 feet of Lot 60, subject to right of way for a road over the North 30 feet thereof; Munger Land Co. Subdivision of Section 9, Township 24 South, Range 28 East, as recorded in Plat Book "E", Page 22, of the Public Records of Orange County, Florida.

           AND;

> The North ½ of Lot 69, less the East 260 feet thereof, subject to Right of Way for road over the South 30 feet thereof; also: the North 15 feet of the South 45 feet of the West 230 feet of the East 260 feet of the North ½ of Lot 69; also: the West 15 feet of the East 45 feet of the North ½ of Lot 69, less the South 45 feet thereof; all in Munger Land Co. Subdivision of Section 9, Township 24 South, Range 28 East as recorded in Plat Book E, Page 22, of the Public Records of Orange County, Florida.

Parcel ID    09-24-28-5844-00690

RECORD OWNERS of the above-described real property are William G. Irey and Candy M. Irey by virtue of that certain **WARRANTY DEED, recorded in the public records of Orange County, Florida, on November 8, 1997, Official Record Book 5360, Page 2477**.

TITLE 21, UNITED STATES CODE, SECTION 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

TAKE FURTHER NOTICE that as of the date of the illegal acts giving rise to forfeiture, an ownership interest was created in the United States and that state, county, or local governments from said date have no taxing authority or power over the United States' interest in the property.

FOR FURTHER INFORMATION concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the

Middle District of Florida, Orlando, Division, 300 Federal Building, 80 North Hughey Avenue, Orlando, Florida 32801.

        Respectfully submitted,

        PAUL I. PEREZ
        United States Attorney

By    s/Daniel W. Eckhart
       Daniel W. Eckhart
       Assistant United States Attorney
       Florida Bar No. 0488674
       501 West Church Street, Suite 300
       Orlando, Florida 32805
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643