UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 6:06-cr-237-Orl-31DAB

WILLIAM IREY

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

☐ IS            related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:  December 15, 2006

                                            Respectfully submitted,

                                            PAUL I. PEREZ
                                            United States Attorney

                        By:    s/ Cynthia A. Hawkins
                                            Cynthia A. Hawkins
                                            Assistant United States Attorney
                                            Florida Bar No. 305049
                                            501 West Church Street, Suite 300
                                            Orlando, Florida  32805
                                            Telephone:  (407) 648-7500
                                            Facsimile:   (407) 648-7643
                                            E-mail:       cynthia.hawkins@usdoj.gov

U.S. v. WILLIAM IREY                              Case No. 6:06-cr-237-Orl-31DAB

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Woodard

>                               s/ Cynthia A. Hawkins
>                               Cynthia A. Hawkins
>                               Assistant United States Attorney
>                               Florida Bar No. 305049
>                               501 West Church Street, Suite 300
>                               Orlando, Florida  32805
>                               Telephone:  (407) 648-7500
>                               Facsimile:  (407) 648-7643
>                               E-mail:     cynthia.hawkins@usdoj.gov