UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:06-cr-237-Orl-31DAB

WILLIAM IREY

**MOTION FOR CONSOLIDATION OF RELATED
INDICTMENT AND SEARCH WARRANT**

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, requests this Court to consolidate the Indictment in Case No. 6:06-cr-237-Orl-31DAB with the search warrant in Case No. 6:06-mj-1280. In support of this request, the United States of America states as follows:

1. Case No. 6:06-cr-237-Orl-31DAB charges WILLIAM IREY with production of child pornography.

2. The search warrant in Case No. 6:06-mj-1280 has been unsealed. The search warrant is related to the above-referenced Indictment and the underlying investigation in that it authorized a search of the defendant's residence. Therefore, it should be merged with this case and filed in the record under Case No. 6:06-cr-237-Orl-31DAB.

WHEREFORE, the government prays its Motion be granted.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:  s/ Cynthia A. Hawkins
Cynthia A. Hawkins
Assistant United States Attorney
Florida Bar No. 305049
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:  cynthia.hawkins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Woodard, Esq.

s/ Cynthia A. Hawkins
Cynthia A. Hawkins
Assistant United States Attorney
Florida Bar Number 305049
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:  cynthia.hawkins@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:06-cr-237-Orl-31DAB

WILLIAM IREY

### ORDER

On motion of the United States, and it appearing to the satisfaction of the Court: that the search warrant in Case No. 6:06-mj-1280 is related to the above-styled case.

NOW, THEREFORE, IT IS ORDERED that Case No. 6:06-mj-1280 be merged with Case No. 6:06-cr-237-Orl-31DAB, and the search warrant be filed under Case No. 6:06-cr-237-Orl-31DAB.

DONE AND ORDERED at Orlando, Florida, this ___ day of December, 2006.

_____
United States Magistrate Judge

Copy to:   Cynthia A. Hawkins
           Assistant United States Attorney

N:\_Criminal Cases\i\Irey, William_2006R01043_CAH\p_OrderConsolidate.wpd