```
                                                                    1

 1               UNITED STATES DISTRICT COURT

 2                MIDDLE DISTRICT OF FLORIDA

 3                     ORLANDO DIVISION

 4            Docket No. 6:06-cr-237-Orl-31DAB

 5

 6   . . . . . . . . . . . . . . . .
     UNITED STATES OF AMERICA       :
 7                                  :
              Plaintiff             :    Orlando, Florida
 8       v.                         :    December 20, 2006
                                    :    11:05 a.m.
 9   WILLIAM IREY                   :
                                    :
10            Defendant             :
     . . . . . . . . . . . . . . . .
11

12

13          TRANSCRIPT OF DETENTION HEARING

14      BEFORE THE HONORABLE DAVID A. BAKER

15          UNITED STATES MAGISTRATE JUDGE

16

17   APPEARANCES:

18

19   For the Plaintiff:      Cynthia Hawkins

20

21   For the Defendant:      John Woodard

22

23

24   Proceedings recorded by tape-recording, transcript produced

25   by computer-aided transcription.
```

FILED 2007 FEB 21 PM 2:32 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL




```
 1                    P R O C E E D I N G S
 2            THE DEPUTY CLERK:  Case number
 3   6:06-cr-237-Orl-31DAB.  United States of America v.
 4   William Irey.
 5       Counsel, please state your appearances for the
 6   record.
 7            MS. HAWKINS:  Cynthia Hawkins for the United
 8   States.
 9            MR. WOODARD:  John Woodard here for Mr. William
10   Irey who is seated to my right.
11            THE COURT:  All right.  We continued the
12   detention hearing until today.  What's the status of the
13   matter?
14            MR. WOODARD:  If I may status the Court, Your
15   Honor.  We had discussions with the Court in the presence
16   of the Court concerning the potential release from an
17   incarcerative facility where the defendant is currently
18   incarcerated, Seminole County Jail, to a possible
19   treatment facility.  In the short time that we have
20   been -- that we have worked on this, we have come up with
21   the following resolution.  There is a licensed treatment
22   facility in Leesburg, Florida called Light Streams.  Its
23   medical director is a psychiatrist -- his name is
24   Dr. Valente (phonetic).  Right now I'm just not
25   remembering his first name, but Dr. Valente has confirmed
```

1  with me and with the family of Mr. Irey that they are
2  willing to take him into their program.  It is a
3  residential facility, 24-7.  They will be working him up
4  psychiatrically for certain issues that they believe are a
5  part of his mental health condition at this time.
6      Furthermore, we do have some preceding psychiatric
7  documents they're going to be working up with and getting
8  releases on.
9      Your Honor, furthermore, I have talked to the Irey
10 family that is present today.  One of the concerns we had
11 is that if he is in a facility that he be electronically
12 monitored by Pretrial Services.  That would require what
13 we call a clean phone, a phone dedicated to that purpose.
14 I have talked to the Irey family.  They have been in touch
15 with Sprint.  They go by some new name now I can't
16 remember.  And in Leesburg and they are going to install a
17 line into the facility today so that that may be used for
18 monitoring purposes.
19     The family is here and present to verify that under
20 oath with the Court also to verify the commitment to this
21 treatment facility financially and otherwise as it relates
22 to the secured treatment of Mr. Irey.
23     It's my understanding when talking with Mr. Woodard
24 also with Pretrial Services this would be something that
25 could be accomplished, that is that the electronic

1  monitoring that could run the line into the actual room
2  that he would be in so that obviously (inaudible) the
3  electronic monitoring would have to be part of this and I
4  know they can do that, confirmed that and he would be free
5  to leave the facility.  It's residential.  He would have
6  to stay there and the electronic monitoring would confirm
7  that he was in fact present where he was supposed to be at
8  all times.
9       Under those circumstances, I believe that's almost
10 the functional equivalent of incarceration, only he has a
11 treatment plan.  That's the difference.
12            THE COURT:  This is not a lock down facility, is
13 it?
14            MS. HAWKINS:  No.  The doors wouldn't be locked.
15            THE COURT:  He would be under EM, but --
16            MR. WOODARD:  There is a confinement portion
17 there which is not open to the public honestly, but there
18 are very few what we typically call lock down facilities
19 that even exist in the State of Florida privately for
20 mental health treatment.  That's why we believe the
21 monitor is of assistance.
22            THE COURT:  Have you checked out this facility?
23            THE PRETRIAL OFFICER:  No, Your Honor, we have
24 not.  And I did speak with Mr. Woodard and he explained
25 they can try to put a designated line to that residence.

1  I explained to him in theory it sounds like it might work
2  because it's a designated line.  It won't do a main stream
3  or like a switchboard won't go through there.  But in
4  actuality we've never hooked up an EM equipment at that
5  facility such as that.  So I don't know if there is going
6  to be interference with the hospital.
7         THE COURT:  Or what the range of the --
8         THE PRETRIAL OFFICER:  Exactly.  We can try it
9  and see if it works, but there is no guarantee.  It sounds
10 like it might work because there's a designated line, but
11 I don't know that it will because we've never.
12        THE COURT:  What about the facility itself?  Are
13 you familiar with the program or --
14        THE PRETRIAL OFFICER:  No, I am not, Your Honor,
15 but I can actually check with staff and see if maybe my
16 supervisor or a specialist is aware of the program but I
17 certainly am not.
18        MR. WOODARD:  And Dr. Valente is available for
19 the government and Pretrial Services to discuss with him
20 in more detail the nature of the facility.  Again, we
21 tried to work this expeditiously and we could in the short
22 time in getting approvals and having family commitment to
23 work with us on this.
24        THE COURT:  You don't have a chance to talk
25 with --

```
 1            THE PRETRIAL OFFICER:  I haven't had --
 2            THE COURT:  Well, I would like to have more
 3   information both on the technical side and the treatment
 4   side under the circumstances of the case.
 5       Let me ask Ms. Hawkins and Pretrial Services, do you
 6   think you can do that follow-up so that you can support
 7   whether you're satisfied or have other questions within
 8   the next day or so?
 9            THE PRETRIAL OFFICER:  Yes, sir, I can do that.
10            MS. HAWKINS:  Yes.
11            THE COURT:  We can set this either for tomorrow
12   or Friday to return that.
13            MR. WOODARD:  I may have to have substitute
14   counsel come in, Your Honor.  I'm supposed to be taking
15   depositions in Franklin, North Carolina starting tomorrow.
16   And I perceive those will go through most of Friday.  But
17   I can see if I can get someone to cover for me just to
18   verify.
19            THE COURT:  Can you do that.  If you're
20   available by phone, if you can take a break in the
21   deposition, see if we need to, if (inaudible).
22            MR. WOODARD: Yes, Your Honor.  I'll have a
23   phone.  And if the Court will allow me the number.  My
24   staff is working on any of the verifications needed.
25            THE COURT:  That's what I'm thinking.  You have
```

```
 1   got to have the continuity here, but I would be happy to
 2   have substitute counsel here in person if you're available
 3   by phone.
 4           MR. WOODARD:  All right.  I could at least
 5   attend while I had counsel here to talk with Mr. Irey
 6   directly.  That would be great.
 7           THE COURT:  All right.
 8           MR. WOODARD:  One thing also we had talked about
 9   just so that it's clear, one concern was if this is
10   approved, the transport issue from say the John E. Pope
11   facility to the Leesburg facility, and I have a licensed
12   bonded private investigator in the State of Florida and he
13   and his group have worked with transport people before and
14   I think the government and I would provide the name of the
15   specific person who would be picking him up and his
16   license number, would pick him up from that facility,
17   transport him to the jail as well as transport him from
18   that facility to any needed and required hearing of this
19   court or in the district court.
20           THE COURT:  All right.  This is for tomorrow or
21   for Friday?  How long are you going to need to evaluate,
22   to be able to take a position?
23           MS. HAWKINS:  I assume I'm going to be able to
24   get a hold of them today.
25           THE COURT:  Yes.
```

```
 1            MR. WOODARD:  Yes.  If we can -- I might -- we
 2   can make that effort right after the hearing, Your Honor.
 3            THE COURT:  How about for you?
 4            MS. HAWKINS:  If counsel can provide the phone
 5   number to the doctor and I can talk to EM, I think a
 6   Pretrial Service officer (inaudible).
 7            MR. WOODARD:  And I'll also give her the Sprint
 8   contacts as well as so she can get the technical
 9   information.
10            THE COURT:  All right.  Set it over then for
11   tomorrow 11:00.
12            MR. WOODARD:  I'll work on substitute counsel,
13   Your Honor, but I will be available by phone.
14            THE COURT:  All right.
15            MR. WOODARD:  Thank you.
16            THE COURT:  Very good.  We're in recess.
17
18
19
20
21
22
23
24
25
```

1  C E R T I F I C A T E

2  I certify that the foregoing is a correct

3  transcript from the record of proceedings in the

4  above-entitled matter.

5

6

7

8

9  *Sandra K Tremel*                    2/21/07

10  Sandra K. Tremel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25