**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

|  |  |  |
|---|---|---|
| **v.** | | **Case No. 6:06-cr-237-Orl-31DAB** |
| | | **(Forfeiture)** |

**WILLIAM IREY**

**RECORD OWNERS: WILLIAM G. IREY AND CANDY M. IREY, HUSBAND AND WIFE**

<u>**RELEASE OF LIS PENDENS**</u>

The United States of America, hereby gives notice that certain lis pendens recorded on the records of Orange County, Florida, on December 29, 2006, Book 09039, Page 1923 (3 pages), giving notice of the pendency of a criminal forfeiture action against the real property more particularly described as:

<u>Address</u>:     9210 Charles E. Limpus Road, Orlando, Florida 32836

<u>Legal</u>: The West 215 feet of the East 260 feet of the North ½ of Lot 69, less the South 45 feet thereof; also: the West 15 feet of the East 60 feet of Lot 60, subject to right of way for a road over the North 30 feet thereof; Munger Land Co. Subdivision of Section 9, Township 24 South, Range 28 East, as recorded in Plat Book "E", Page 22, of the Public Records of Orange County, Florida.

AND;

The North ½ of Lot 69, less the East 260 feet thereof, subject to Right of Way for road over the South 30 feet thereof; also: the North 15 feet of the South 45 feet of the West 230 feet of the East 260 feet of the North ½ of Lot 69; also: the West 15 feet of the East 45 feet of the North ½ of Lot 69, less the South 45 feet thereof; all in Munger Land Co. Subdivision of Section 9, Township 24 South, Range 28 East as recorded in Plat Book E, Page 22, of the Public Records of Orange County, Florida.

Parcel ID     09-24-28-5844-00690

is hereby released and discharged.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:    s/Daniel W. Eckhart            
           Daniel W. Eckhart
           Assistant United States Attorney
           Florida Bar No. 0488674
           501 West Church Street, Suite 300
           Orlando, Florida 32805
           Telephone:   (407) 648-7500
           Facsimile:   (407) 648-7643
           E-Mail:       Dan.Eckhart@usdoj.gov