# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                   Case No. 6:06-cr-237-Orl-31DAB

WILLIAM IREY

AUSA: Cynthia Hawkins
Defense Atty.: Kirk Kirkconnell

| JUDGE | **David A. Baker** United States Magistrate Judge | DATE AND TIME | **July 2, 2007** 2:20-2:45 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2007-26:3424-5455 |
| INTERPRETER | None | | |

## CLERK'S MINUTES
## Change of Plea

(3424) Case called, appearances taken
(3466) Procedural setting by court
(3500) Defendant placed under oath
(3836) Court finds defendant competent to enter plea
(3990) Defendant identifies plea agreement in open court
(4810) Court advises defendant as to right to trial
(5014) Defendant makes statement to the court
(5152) Government recites statement of facts
**(5320) Defendant enters plea of guilty to count one of the indictment**
(5340) Court receives plea and will enter Report and Recommendation for the District Judge

All pending motions as to this defendant are DENIED AS MOOT
Defendant remains on release status pending sentencing