**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**

**WILLIAM IREY**

6:06-cr-237-Orl-31DAB

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 1/29/08 (played in court) | | n/a | n/a | DVD of Barbara & Chad Irey |
| 2 | 1/29/08 (played in court) | | n/a | n/a | DVD of Candy Irey |
| 3 | 1/29/08 | | n/a | n/a | DVD of family collage photos |
| 4 | 1/29/08 | | n/a | n/a | Letter dated 1-22-08 from defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |