IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 0 5 2009
THOMAS K. KAHN
CLERK

No. 08-10997

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

WILLIAM IREY,

Defendant-Appellee.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, and HILL, Circuit Judges.

BY THE COURT:

Appellee's motion to vacate order setting case for rehearing en banc and to reinstate panel opinion is **DENIED**.