UNITED STATES SENTENCING COMMISSION
ONE COLUMBUS CIRCLE, N.E.
SUITE 2-500, SOUTH LOBBY
WASHINGTON, D.C. 20002-8002
(202) 502-4500
FAX (202) 502-4699



June 15, 2010

Judge Gregory A. Presnell
United States District Court
Middle District of Florida
401 West Central Boulevard, Suite 5750
Orlando, Florida 32801-0575

Re: USSG 2G2.2

Dear Judge Presnell:

In response to your request, attached are 14 tables presenting information on cases sentenced pursuant to USSG 2G2.2 receiving a non-government sponsored below range sentence for the fiscal years 2007, 2008, and 2009. There is a table for the nation as a whole, each Federal Circuit, and the Middle District of Florida. Each table presents information on the total number of cases, the number receiving a non-government sponsored below range sentence, the average applicable guideline minimum for these cases, the average sentence imposed, and the average percent reduction below the bottom of the guideline range.

The DC and 1st Circuits have very few of these cases and conclusions regarding that data should be made very cautiously. The remaining circuits and the Middle District of Florida have more such cases for analysis. For the nation as a whole, the percent reduction in fiscal year 2007 was, on average, 36.3 percent below the bottom of the applicable guideline range for those cases receiving a non-government sponsored below range sentence. The corresponding national average percent reduction in fiscal year 2008 is 38.5 percent and 40.3 percent in fiscal year 2009. While there is some variation among the circuits, the data indicate greater similarity among the circuits than differences.

I hope that this is responsive to your request. Should you have any questions or would like any additional information, please feel free to contact me at 202 - 502 - 4533, or by email (lreedt@ussc.gov) if that is more convenient.

Respectfully

Lou Reedt, ScD
Office of Research and Data

**Below Range Sentences[1] for Child Pornography Cases (§2G2.2)**
**All Districts**
**Fiscal Year 2007 through 2009[2]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|-------------------------------|----------------------|-------------------------------|
| | | Number | Percent | Average Guideline Minimum[3] | Average Sentence[4] | Average Percent Reduction |
| 2007 | 853 | 263 | 30.8 | 107 | 71 | 36.3 |
| 2008 | 1,255 | 528 | 42.1 | 106 | 67 | 38.5 |
| 2009 | 1,546 | 797 | 51.6 | 111 | 68 | 40.3 |

[1] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[2] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[3] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[4] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[9] for Child Pornography Cases (§2G2.2)**
**Middle District of Florida**
**Fiscal Year 2007 through 2009[10]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|-----------------------------------|------------------------------|---------------------------------|
| | | Number | Percent | Average Guideline Minimum[11] | Average Sentence[12] | Average Percent Reduction |
| 2007 | 27 | 15 | 55.6 | 109 | 72 | 34.8 |
| 2008 | 53 | 26 | 49.0 | 106 | 62 | 41.4 |
| 2009 | 51 | 36 | 70.6 | 111 | 70 | 38.8 |

---

[9] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[10] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[11] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[12] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

Below Range Sentences[13] for Child Pornography Cases (§2G2.2)
DC Circuit
Fiscal Year 2007 through 2009[14]

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|---------------------------------------|-------------------------------|---------------------------------|
| | | Number | Percent | Average Guideline Minimum[15] | Average Sentence[16] | Average Percent Reduction |
| 2007 | 2 | 0 | 0.0 | NA | NA | NA |
| 2008 | 7 | 3 | 42.9 | 135 | 87 | 48.4 |
| 2009 | 19 | 13 | 68.4 | 130 | 76 | 46.1 |

[13] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[14] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[15] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[16] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[17] for Child Pornography Cases (§2G2.2)**
**1st Circuit**
**Fiscal Year 2007 through 2009[18]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|---------------------------------|-------------------------------|-------------------------------|
| | | Number | Percent | Average Guideline Minimum[19] | Average Sentence[20] | Average Percent Reduction |
| 2007 | 29 | 5 | 17.2 | 85 | 63 | 38.2 |
| 2008 | 26 | 10 | 38.5 | 85 | 63 | 31.3 |
| 2009 | 28 | 11 | 39.3 | 92 | 56 | 50.9 |

[17] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[18] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[19] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[20] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[21] for Child Pornography Cases (§2G2.2)**
**2nd Circuit**
**Fiscal Year 2007 through 2009[22]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|-----------------------------------|--------------------------|--------------------------------|
|      |       | Number | Percent | Average Guideline Minimum[23] | Average Sentence[24] | Average Percent Reduction |
| 2007 | 65 | 26 | 40.0 | 127 | 61 | 55.8 |
| 2008 | 115 | 64 | 55.6 | 101 | 59 | 41.2 |
| 2009 | 115 | 65 | 56.5 | 112 | 62 | 47.0 |

---

[21] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[22] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[23] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[24] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[25] for Child Pornography Cases (§2G2.2)**
**3rd Circuit**
**Fiscal Year 2007 through 2009[26]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|--------------------------------|-------------------------------|----------------------------------|
| | | Number | Percent | Average Guideline Minimum[27] | Average Sentence[28] | Average Percent Reduction |
| 2007 | 57 | 20 | 35.1 | 88 | 65 | 29.2 |
| 2008 | 102 | 37 | 36.3 | 73 | 53 | 31.1 |
| 2009 | 128 | 84 | 65.6 | 107 | 63 | 42.4 |

---

[25] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[26] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[27] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[28] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

Below Range Sentences[29] for Child Pornography Cases (§2G2.2)
4th Circuit
Fiscal Year 2007 through 2009[30]

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|--------------------------------|-----------------------|--------------------------------|
| | | Number | Percent | Average Guideline Minimum[31] | Average Sentence[32] | Average Percent Reduction |
| 2007 | 72 | 15 | 20.8 | 85 | 59 | 32.7 |
| 2008 | 109 | 36 | 33.0 | 112 | 73 | 35.4 |
| 2009 | 142 | 67 | 47.2 | 102 | 68 | 35.1 |

---

[29] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[30] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[31] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[32] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

Below Range Sentences[33] for Child Pornography Cases (§2G2.2)
5th Circuit
Fiscal Year 2007 through 2009[34]

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|-----------------------------------|--------------------|-------------------------------|
| | | Number | Percent | Average Guideline Minimum[35] | Average Sentence[36] | Average Percent Reduction |
| 2007 | 86 | 8 | 9.3 | 130 | 76 | 47.4 |
| 2008 | 108 | 23 | 21.3 | 133 | 82 | 38.4 |
| 2009 | 142 | 43 | 30.3 | 114 | 70 | 40.2 |

---

[33] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[34] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[35] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[36] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

Below Range Sentences[37] for Child Pornography Cases (§2G2.2)
6th Circuit
Fiscal Year 2007 through 2009[38]

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|---------------------------------------|-------------------------------|-------------------------------|
| | | Number | Percent | Average Guideline Minimum[39] | Average Sentence[40] | Average Percent Reduction |
| 2007 | 90 | 34 | 37.7 | 127 | 85 | 33.6 |
| 2008 | 118 | 53 | 44.9 | 120 | 80 | 37.1 |
| 2009 | 126 | 64 | 50.8 | 121 | 72 | 41.5 |

---

[37] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[38] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[39] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[40] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[41] for Child Pornography Cases (§2G2.2)**
**7th Circuit**
**Fiscal Year 2007 through 2009[42]**

| Year | Total | Below Guideline Range | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Number | Percent | Average Guideline Minimum[43] | Average Sentence[44] | Average Percent Reduction |
| 2007 | 57 | 12 | 21.0 | 115 | 82 | 30.5 |
| 2008 | 75 | 33 | 44.0 | 126 | 83 | 37.8 |
| 2009 | 76 | 31 | 40.8 | 137 | 100 | 30.6 |

---

[41] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[42] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[43] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[44] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

Below Range Sentences[45] for Child Pornography Cases (§2G2.2)
8th Circuit
Fiscal Year 2007 through 2009[46]

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|----------------------------------|---------------------|--------------------------------|
|      |       | Number | Percent | Average Guideline Minimum[47] | Average Sentence[48] | Average Percent Reduction |
| 2007 | 82 | 11 | 13.4 | 94 | 68 | 35.2 |
| 2008 | 139 | 50 | 36.0 | 108 | 72 | 36.9 |
| 2009 | 192 | 87 | 45.3 | 121 | 74 | 37.2 |

---

[45] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[46] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[47] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[48] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[49] for Child Pornography Cases (§2G2.2)**
**9th Circuit**
**Fiscal Year 2007 through 2009[50]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|----------------------------------------|------------------------------|-------------------------------|
| | | Number | Percent | Average Guideline Minimum[51] | Average Sentence[52] | Average Percent Reduction |
| 2007 | 152 | 71 | 46.7 | 93 | 64 | 33.9 |
| 2008 | 227 | 122 | 53.7 | 99 | 57 | 44.2 |
| 2009 | 310 | 192 | 61.9 | 101 | 61 | 40.8 |

[49] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[50] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[51] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[52] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[53] for Child Pornography Cases (§2G2.2)**
**10th Circuit**
**Fiscal Year 2007 through 2009[54]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|------------------------------------|-------------------------------|---------------------------------|
|      |       | Number | Percent | Average Guideline Minimum[55] | Average Sentence[56] | Average Percent Reduction |
| 2007 | 59 | 18 | 30.5 | 103 | 66 | 38.3 |
| 2008 | 92 | 47 | 51.1 | 96 | 63 | 35.1 |
| 2009 | 93 | 50 | 53.8 | 91 | 54 | 41.0 |

---

[53] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[54] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[55] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[56] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.

**Below Range Sentences[5] for Child Pornography Cases (§2G2.2)**
**11th Circuit**
**Fiscal Year 2007 through 2009[6]**

| Year | Total | Below Guideline Range | | | | |
|------|-------|--------|---------|------------------------------------|-----------------------------|--------------------------------|
| | | Number | Percent | Average Guideline Minimum[7] | Average Sentence[8] | Average Percent Reduction |
| 2007 | 102 | 43 | 42.2 | 122 | 82 | 34.6 |
| 2008 | 137 | 50 | 36.5 | 114 | 74 | 36.0 |
| 2009 | 175 | 90 | 51.4 | 128 | 80 | 39.1 |

[5] "Below Range Sentences" do not include substantial assistance departures or Early Disposition departures.

[6] Only cases in which all sentencing documents were submitted to the Sentencing Commission are included in this analysis. Also, the Child Pornography guidelines were drastically amended on November 1, 2004, and only cases that are subject to these amended guidelines are used in this analysis.

[7] Any guideline minimum greater than 470 months, including "Life", were capped at 470 months.

[8] Any sentence greater than 470 months, including "Life" sentences, were capped at 470 months.

SOURCE: United States Sentencing Commission Data File OPAFY2007 - OPAFY2009.