# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                          **Case No. 6:06-cr-237-Orl-31DAB**

**WILLIAM IREY**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO VACATE JUDGMENT ON REMAND AND SET CASE FOR RESENTENCING HEARING (Doc. No. 86)** |
| **FILED:** | April 29, 2011 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Circuit Court remanded this case with a specific mandate to impose a sentence of 30 years' imprisonment. (Doc. 75). This Court complied with the mandate by entering its judgment. (Doc. 86). This Court was given no discretion upon remand, and a further sentencing proceeding would be superfluous. *Pepper v. United States,* 131 S.Ct. 1229 (2011) is inapplicable, given the limited remand. The Court also notes that the Defendant did not argue that he had a right to be present for any resentencing, instead solely relying on *Pepper*.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 16, 2011.

```
                                        _____
                                              GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
William Irey