# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

No. 11-12483

District Court Docket No.
6:06-cr-00237-GAP-DAB-1

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 24, 2012
JOHN LEY
CLERK
```

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

versus

WILLIAM IREY,

    Defendant - Appellant.

Appeal from the United States District Court for the
Middle District of Florida

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: February 24, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

```
Mandate Issued:
May 02, 2012
```

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2012

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 11-12483-EE
Case Style: USA v. William Irey
District Court Docket No: 6:06-cr-00237-GAP-DAB-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

The enclosed certified copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate