**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                                             **CASE NO: 6:06-cr-237-Orl-31DAB**

**WILLIAM IREY**

---

**CERTIFICATE OF EXHIBIT RETURN**

The exhibits (see Exhibit List filed at Doc. No. 62) of the defendant from proceedings held on January 29, 2008, have been returned (mailed to Snure & Ponall, PA) as authorized by Local Rule 5.04 of the Local Rules of the United States District Court for the Middle District of Florida.

DATE OF RETURN: October 29, 2012

                                                                SHERYL L. LOESCH, CLERK

                                                                By:    s/Lisa Maurey, Deputy Clerk