EXHIBIT A

Lappin Memorandum


Harley G. Lappin

From: "Harley G. Lappin" <harley,lappln@usdoj.gov> Sent: Monday, July 27, 2009 3:17 PM

   Attention all Department Heads, there has been a large volume of inmate Requests for Administrative Remedies questioning the validity of the Bureau's authority to hold or classify them under 18 U.S.C, §§ 4081, et seq., (1948). On the claim that Public Law 80-772 was never passed or signed In the presence of a Quorum or Majority of both Houses of Congress as required by Article I, § 5, Clause 1 of the Constitution, Although most courts have, thus far, retied on Field v. Clark, 143 U.S. 649(1892) to avoid ruling on the moots of these claims, however, there have been some which have stated that they were not bound by the Field case, but those cases did not involve any Quorum Clause challenge. So out of an abundance of caution, I contacted the Office of Legal Counsel, the National Archives and the Clerk of the House of Representatives to learn that there is no record of any quorum being present during the May 12, 1947 vote on the H.R. 3190 Bill in the House (See 93 Cong. Rec. 5049), and the record is not clear as to whether there was any Senate vote on the H,R. 3190 Bill during any session of the 80th Congress, There is only one Supreme Court case that says in order for any bill to be valid the Journals of both Houses must show that it was passed In the presence of a Quorum. See United States v. Ballin, Joseph & Co., 144 U.S. 1, 3 (1892). The Clerk of the House states that the May 12, 1947 vote was a 'voice vote,' but the Parliamentarian of the House states that a voice vote is only valid when the Journal shows that a quorum is present and that it's unlawful for the Speaker of the House to sign any enrolled bill in the absence of a quorum. *On* May 12, 1947, a *presence* of 218 members in the hall of the House was required to be entered on the Journal in order for the 44 Member 38 to 6 voice vote to be legal. It appears that the 1909 version of the Federal Criminal Code has never been repealed. Therefore, in essence, our only true authority is derived from the 1948 predecessor to Public Law 80-772. "Although adjudication of the constitutionality of congressional enactments has generally been thought to be beyond the jurisdiction of federal administrative agencies, this rule is not mandatory," according to the Supreme Court in the case of Thunder Basin Coal Co. v. Reich, 510 U,S, 200,215 (1994), Therefore, the Bureau under the advice of the Legal Counsel feels that it is in the best interest of public safety to continue addressing all of these Administrative Remedy Requests by stating that only the Congress or courts can repeal or declare a federal statute unconstitutional.


Harley G. Lappin, Director

EXHIBIT B

## AFFIDAVIT OF THE VALIDITY OF PUBLIC LAW 80-772

The information contained in this document [Title 18 brief] has been thoroughly researched and has been completely documented. Verification has been <u>performed</u> through documentation obtained from Clerk of the House of Representatives, The National Archives and my own personnel legal library of Law Books which is quite extensive.

My research has revealed that Public Law 80-772 and any of its subsections does not exist in any shape or form. In fact that Public law 80-772 was never ratified by Congress and had never been entered as a legal statute. Any reference to this non-existent statute in any legal matter would constitute fraud on the part of the prosecutor. If an individual is retained and prosecuted under this false statute it would constitute a clear case of Obstruction of Justice. The use of this non-existent statute is a grave misrepresentation of justice and should be rectified immediately.

 I the undersigned do declare all facts presented here to be accurate and true as documented on this the day June 2, 2017.

 *Walter E. Swietlik /s/*

 Walter E. Swietlik

 *Tracie l. Brede /s/*

 Notary Public State of Wisconsin  County of Shawano

 My commission expires 12/13/19

 *Walter E. <u>Swietlik</u>*

Graduated from Harvard Law School in 1957, ranked 1st in his class.

Worked for the U.S. Department of Justice from 1957 until 1980.

Appointed Judge for the Southeastern District of Wisconsin by the Governor of Wisconsin; served from 1980 until 2001.

Nominated to the Wisconsin Supreme Court in 2018.

EXHIBIT C

## 00 LIST OF WITNESSES FOR OFFER OF PROOF

1. **Harley G Lappin:** Harley G. Lappin was the director of the Bureau of Prisons who commissioned a study by the Office of Legal Counsel, run by the #2 person in the Department of Justice (DOJ) and obtained evidence from the Clerk of the House of Representatives and the National Archives. After the information received, Lappin learned that "there is no record of any quorum being present during the May 12, 1947 vote on the H.R. 3190 Bill in the House (See 93 Cong. Rec. 5049), and the record is not clear as to whether there was any Senate vote on the H.R. 3190 Bill during any session of the 80th Congress." Lappin was forced to resign from the BOP after people discovered his Memorandum to staff. Lappin is currently the head Corrections Officer of Correction Corp. of America, receiving a compensation of $1,635,261 per year.

2. **Shane C. Buczek:** Shane C. Buczek was illegally imprisoned in New York and was the first person to receive from a government employee a copy of the Lappin Memorandum.

3. **Jonathan Thomas Gapa:** (Veriffied Affidavit of Fact) was in Yazoo City, MS prison when "On or about the winter of 2010, Bruce Pearson, Warden was ....asked just after lunch in 'main line' his opinion of the [Lappin] Memorandum[T]he Affiant who received this email from his superiors within the BOP as an authentic, real internal document sent from the former acting internal document sent from the forma acting Director Harley G. Lappin in present form is true correct and self-authenticating." 3rd day of July, 2014. Gappa does classified work for the government.

4. **Jesse J. Blackbonnet** (Verified Affidavit of Fact); Blackbonnet was in Yazoo City Prison and issued the affidavit on 8/11/14. "Affiant had the Harley G. Lappin letter/emal/Inmate memo dated July 27, 2009 given to Affiant by Shirley Cox, unit Manager at Yazoo City Prison. United Team Manager Art Truex also advised that he had knowledge of this letter and the BOP's stance on inmate remedies regarding this Memorandum. On or about the spring of 2010, Bruce Pearson, Warden of Yazoo City Mississippi along with his executive staff, "i.e. Assistant Warden, Captain and other Administrative Staff ordered a town hall meeting at each individual unit within the Yahoo Prison to which this inmate memo "the Lappin letter" was handed out to the inmates individually...." Blackbonnet was a former sheriff and corrections officer.

5. Up to 3,000 additional witnesses from men who were located in Yazoo City Federal Prison in 2009 when the Warden held a town hall meeting and passed

1

out a copy of the Lappin memorandum to inmates and stated that in spite of the investigation by the Department of Justice, the Bureau of Prisons had decided to keep people imprisoned for the safety of the people. Those inmates/former inmates will be identified and subpoenaed.

6. **Tony Robert Davis:** Davis did work for the NSA, CIA, and Clinton administration. Davis did work for Sheik Faysal El Azem, number #3 person in the CIA in the Middle East, whose father was the ruler of Syria; Barbara Baron, CIA, who was instrumental in building the airport in Atlanta, and whose father was the head of the CIA in Central and South America, and was brutally murdered; Louis Vargas Lopez, CIA, who was stationed in Saudia Arabia for 7 years and masqueraded as a U.S. Agriculture Department employee; Wallace Ray Cotton Jones, NSA, who investigated Pension funds for NSA; Francis Frank Coughlin, Jr. NSA, who was a wing commander in Vietnam, an SR71 pilot, and then was an advisor to the World Bank and IMF; Juanita Aldridge, niece of one of the founders of the Federal Reserve, and top currency trader; William Jefferson Clinton, President; and Robert Rubin, Treasurer. Davis has investigated Title 18, Public Law 80-772 for several years and has verified the evidence proving the statute unconstitutional.

7. **David Moleski,** who has investigated Title 18, Public Law 80-772 for several years. Moleski is attempting to get a federal judge to honor the Constitution.

8. **Jeff James:** James is head of National Archives; who would have personal knowledge of the requests by Harley Lappin for production of documents proving that Title 18, 18 USC section 3231 was unconstitutional. The National Archives has stated that no evidence exists of a bill for Public Law 80-772 passing the House of Representatives and no evidence of a bill for Public Law 80-772 passing the Senate in the 80th Congress.

9. **Jeff Trandahl, former Clerk, U.S. House:** Trandahl issued a letter on 6/28/2000: "<u>Congress was in session on June 1, 3, 4, 7-12 and 14-19, 1948, however, Title 18 was not voted on at this time....</u>" This letter has been verified.

10. <u>**Karen Haas:**  letter</u> from Karen Haas, Clerk, U.S. House 8/30/2006: "<u>Yes, the Speaker of the House did sign bill HR 3190 in the absence of a quorum.</u>"

11. **Karen L. Haas, Clerk, U.S. House:** Hass issued a letter on 9/11/2006: "After conducting a thorough examination of the journals, <u>I found no entry in the journal of the House of any May 12, 1947 vote on the H.R. 3190 bill.... Therefore, by counting the total yea and nay vote a quorum was not present.</u>"

2

Karen L. Haas is still Clerk of the House of Representatives. Haas' letter has been verified and judicially noticed.

12. Nancy Erickson, former Secretary of the Senate: Erickson wrote a letter on 3/09/2009". "I asked the Senate Historian's office to review the correspondence you enclosed, and they were able to verify that no action was taken by the Senate on H.R. 3190 prior to the December 19, 1947 *sine die* adjournment."This letter has been verified and judicially noticed.
13. Lorraine Miller: Miller, former Clerk of the House of Representatives, issued a letter dated August 24, 2010:"Our office has conducted research of the House Journal and the Congressional Record in regards to HR 3190 and the voice vote that was taken on May 12, 1947. After researching these official proceedings of the US House of Representatives we have been unable to find the names of the 44 Members who responded to the voice vote...."
14. Steven G. Bradburry, head, Office of Legal Counsel, 2005-2010. Bradburry was the Number 2 person in the Department of Justice and conducted the investigation for the Bureau of Prisons which established that Public Law 80-772/Title 18 of the Criminal Code/18 U.S.C. §3231 was unconstitutional because it violated the Quorum Clause of the Constitution, Article I, Section 5, Clause 1. Bradbury will be subpoenaed along with all of his records related to the Department of Justice investigation.
15. Ronald Titlebach; Titlebach hired a private investigator in 2007 who obtained 177 records from the National Archives confirming that Public Law 80-772 was unconstitutional and never enacted.
16. Carla Hayden, Director, Library of Congress, who will testify that no record of a bill that passed the House of Representatives in the 80th Congress for Public Law 80-772 exists and no record of a law that passed the Senate in the 80th Congress for Public Law 80-772 exists and the record of a bill in the 80th Congress for Public law 80-772 that was sent to the President for signature does not exist.
17. Mike Gallagher, a Federal Congressman from the 8th Congressional District in Wisconsin. He took office on January 3, 2017. He personally investigated Public Law 80-772 with the Library of Congress and the National Archives and was told by both agencies that no evidence exists that a bill passed the House of Representatives in the 80th Congress for Public Law 80-772 and no evidence exists that a bill passed the Senate for Public Law 80-772 in the 80th Congress.
18. Krista Halla-Valdes is a Federal Public Defender in Wisconsin. Prior to joining the Federal Defender Services of Wisconsin, she graduated cum laude from Georgetown Law School, worked for Black, Sreinick & Kornspan as a defense attorney in Florida, and acted as a public defender in Florida.
19. Walter C. Griesbach, former Chief Judge, Eastern District of Wisconsin. The judge investigated Public Law 80-772 and determined that no law exists. He then dismissed 26 pending criminal cases. He also wrote a letter advising that no law exists.
20. Alan Burnitt, has been investigating Public Law 80-772 and has personally confirmed information from Judge Swetlick, Judge Griesbach, Congressman Mike Gallagher, and the National Archives.

3

21. 3 Professors and 26 students from Northwestern Law School of Law, who independently did a study of Title 18 (1948) and all found that no law exists..