UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 6:06-cr-237-Orl-31DAB

WILLIAM IREY,

    Defendants.
_____/

## ORDER

This cause is before the Court on Defendant's "Petition Pursuant to Federal Rule of Civil Procedure 60(b)(4) for Relief from Void Judgment" (Doc. 99). Defendant states that his criminal judgment is void as a matter of law because the undersigned had a conflict of interest, the prosecutor committed fraud in the criminal proceedings, and several violations of due process occurred which "voids all proceedings." *Id.* at 2-3. Defendant also asserts that because the United States Attorney General relies on "the Rule of Law," several federal statutes are now void, and the Court did not have jurisdiction to prosecute him. *Id.* at 2.

Motions filed pursuant to Rule 60(b) can only be raised in civil proceedings. *United States v. Blanco*, 632 F. App'x 549, 550 (11th Cir. 2015) (citing *United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir. 1998) (stating Rule 60(b) does not provide for relief from judgment in a criminal case)). Consequently, Defendant may not use Rule 60(b)(4) to seek

relief from the judgment in his criminal case. Accordingly, it is **ORDERED** that Defendant's motion is **DENIED**.

To the extent that Defendant is attempting to collaterally attack his conviction and sentence, he may file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. *See United States v. Holt*, 417 F.3d 1172, 1175 (11th Cir. 2005). However, Defendant should be aware that the recharacterization of the motion has certain consequences. *See Castro v. United States*, 540 U.S. 375, 383 (2003). First, any subsequent motion filed pursuant to § 2255 will be subject to the restrictions on "second or successive" motions. In addition, § 2255 imposes a time limitation on the filing of a § 2255 motion. Therefore, it is further **ORDERED** that if Defendant intended his Rule 60(b)(4) motion to be a § 2255 motion, he should notify the Court of such within **FOURTEEN (14) DAYS** from the date of this Order. Defendant should also file his claims on the standard § 2255 form and return it to the Court within the fourteen-day period. The Clerk of Court is directed to send Defendant the standard § 2255 form.

**DONE AND ORDERED** in Orlando, Florida, on July 10, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 7/10
Counsel of Record
William Irey